No. 12–6234. WILLIAMS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 12–6235. WHITMORE v. PARKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–6240. DAVIS v. MCLAUGHLIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–6241. VERDUN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–6242. SADLOWSKI v. MICHALSKY. App. Ct. Conn. Certiorari denied.

No. 12–6244. SADLOWSKI v. TOWN OF MIDDLEFIELD. App. Ct. Conn. Certiorari denied.

No. 12–6249. RAMIREZ v. HERNDON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6252. RAMIREZ-GARCIA v. SCUTT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6259. TREGLIA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6260. BAPTISTA v. CLARK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6275. HUNTER v. LESTER KALMANSON AGENCY, INC. Sup. Ct. Va. Certiorari denied.

No. 12–6288. WHITE v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 12–6338. MORRIS v. CROSS ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–6363. HERNANDEZ v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 12–6375. KELLY v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–6424. BREWSTER v. EASTERLING, WARDEN. C. A. 6th Cir. Certiorari denied.